# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FALEN GHEREBI (ISN 189, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1164 (RBW) |
| | ) | |
| BARACK OBAMA, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## STIPULATION AND ORDER

Upon consideration of the Stipulated Motion for Voluntary Dismissal Without Prejudice and for Continued Access Pursuant to the Protective Order, it is hereby **STIPULATED** and **ORDERED** that:

1.      Petitioner Falen Gherebi's (ISN 189) Petition for a Writ of Habeas Corpus is hereby **DISMISSED** without prejudice.

2.      The Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, issued by Judge Hogan on September 11, 2008, in *In re Guantanamo Bay Detainee Litigation*, No. 08-MC-442 (TFH) (D.D.C.) (ECF No. 235), and entered in this case (ECF No. 130) on the same date (the "Protective Order") shall remain in effect and continue to govern Petitioner Gherebi's access to counsel while he remains confined at Guantanamo Bay and has the right to seek further relief by habeas corpus, whether or not he actually continues to have a petition pending before the Court.

1

3.      This Stipulation and Order is without prejudice to the parties' rights to seek to set aside, modify or otherwise obtain relief from any provision herein or of the Protective Order on any ground that could be or could have been raised at any time.

4.      The Court shall retain jurisdiction to enforce the terms of this Stipulation and Order.

**SO ORDERED.**

Dated: *September 2, 2014*

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE